
CLC: USAO 2012R00084


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2012 SEP 18  P 2: 18

CLERK'S OFFICE
AT GREENBELT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** _GLR 12 CR 0497_ |
| | * | |
| **ALPHONSO A. TILLMAN,** | * | **(Failure to Account for and Pay Over** |
| | * | **Federal Taxes, 26 U.S.C. § 7202)** |
| **Defendant** | * | |
| | * | |

*******

BY ___EB___ DEPUTY

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

#### Introduction

At times relevant to this Information:

1.      Defendant **ALPHONSO A. TILLMAN ("TILLMAN")** was President, CEO, and sole owner of Remote Surveillance Technology Solutions, Inc. ("RSTS"), a company headquartered in Landover, Maryland that provided security guards to protect commercial and residential properties in Maryland, Virginia, Pennsylvania, and the District of Columbia. **TILLMAN** incorporated RSTS in Maryland on or about December 26, 2001.

2.      On or about August 22, 2006, **TILLMAN** caused a successor company to RSTS to be incorporated in Maryland under the name Remote Surveillance Technology Services, LLC, ("RSTServ"). **TILLMAN** was President, CEO, and sole member of RSTServ.

3.      RSTS and RSTServ withheld taxes from their employees' paychecks, including federal income taxes, medicare and social security taxes. Together, the medicare and social

security taxes are often referred to as Federal Insurance Contribution Act or "FICA" taxes. Collectively, the withheld income taxes and FICA taxes are often referred to as "payroll taxes."

4. RSTS and RSTServ were required to deposit the payroll taxes to the Internal Revenue Service ("IRS") on a periodic basis. In addition, RSTS and RSTServ were required to file, following the end of each calendar quarter, Employer's Quarterly Federal Income Tax Returns (Forms 941), setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of social security and Medicare taxes due, and the total tax deposits.

5. During the operation of RSTS and RSTServ, **TILLMAN** exercised control over every aspect of RSTS and RSTServ's business affairs, including approving all payments by the companies and controlling all of the companies' bank accounts.

6. As President, CEO, and manager of the day-to-day business affairs of RSTS and RSTServ, **TILMMAN** was a "responsible person" for each entity's payroll taxes. That is, he had the corporate responsibility to collect, truthfully account for, and pay over the company's payroll taxes.

7. RSTS and RSTServ engaged a payroll tax service ("Company A") to calculate the amount of payroll taxes to withhold from each employee's paycheck and to prepare Forms 941 for RSTS and RSTServ. As instructed by **TILLMAN**, Company A prepared Forms 941 for RSTS for all quarters beginning with the first quarter of 2005 and ending with the second quarter of 2007 as well as for RSTServ for all quarters beginning with the second quarter of 2007 and ending with the fourth quarter of 2008. Company A delivered the completed Forms 941 to RSTS and RSTServ.

8. **TILLMAN** caused RSTS and RSTServ to fail to file any of the Forms 941 prepared by Company A for RSTS and RSTServ. **TILLMAN** further caused RSTS and RSTServ to fail to remit to the IRS any payments toward the payroll taxes due and owing, with the exception of payments made by RSTS to the IRS as a result of IRS collection efforts.

9. Between 2005 and 2008, **TILLMAN** caused RSTS and RSTServ to make hundreds of thousands of dollars of expenditures out of their business bank accounts for defendant's personal benefit while, at the same time, failing to pay over to the IRS payroll taxes withheld from employee paychecks.

## The Charge

10. On or about October 31, 2006, in the District of Maryland and elsewhere, the defendant,

### ALPHONSO A. TILLMAN

did willfully fail to truthfully account for and pay over to the IRS the federal income taxes and Federal Insurance Contributions Act taxes withheld and due and owing to the United States of America for RSTS for the quarter ending on September 30, 2006.

26 U.S.C. § 7202

*Rod J. Rosenstein* (signature)
Rod J. Rosenstein
United States Attorney

Date: